### WOODWARD v. GRIER.

The allowance of a percentage by way of additional costs is made by this court in all actions prosecuted by attachment against non-resident debtors.

THIS was an action for a money demand against a non-resident debtor. The proceeding being by an attachment in the ordinary form, judgment had been entered for want of an answer.

*Chester*, for plaintiff, moved for the allowance of a percent-

age on the amount of the claim by way of additional costs, not because this was an extraordinary or difficult case, but because the proceeding by attachment against a non-resident debtor entailed more trouble than an action against a resident.

*Edmonds, J.:* As there was no defense, and as there was nothing extraordinary or difficult in the action, I doubted if the allowance could be made.   I have consulted with my brethren on the bench, and they agree with me, that the allowance may be made in actions prosecuted by attachment against non-residents, as this has been, even although, as in this case, the action is on a money demand, and of the most ordinary character, and no defense is interposed.  The motion will therefore be granted to allow ten per cent on the amount of the claim.

Order accordingly.